# EXHIBIT "D"

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF QUEENS
---------------------------------------X
DEVANDER SINGH,

                     Plaintiff,

    -against-

RONALD POLES, PENSKE TRUCK LEASING CO.,
LP., PENSKE TRUCK LEASING CORPORATION,
COSTCO WHOLESALE CORPORATION, COSTCO
WHOLESALE MEMBERSHIP, INC. and SAHIB
S. WALIA,

                     Defendants.
---------------------------------------X

Index No.:

715677/2018

**PARTIAL STIPULATION OF DISCONTINUANCE WITHOUT PREJUDICE**

    **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for the parties to the above-captioned action, that whereas no party is an infant or incompetent person for whom a committee has been appointed, and there being no person not a party to this action who has any interest in the subject of the action, that all claims asserted herein by plaintiff against PENSKE TRUCK LEASING CO., LP., PENSKE TRUCK LEASING CORPORATION and COSTCO WHOLESALE MEMBERSHIP, INC. only are hereby discontinued without prejudice.

    **IT IS FURTHER STIPULATED AND AGREED**, that this Stipulation may be executed in counterparts and that facsimile signatures shall be deemed originals for the purpose of filing. This Stipulation may be filed with the Clerk of the Court without further notice.

Dated:    Hauppauge, New York
          November 21, 2018

STEPHEN A. SKOR, ESQ.

BY: _____
    STEPHEN A. SKOR, ESQ.
**Attorney for Plaintiff**
**Office & P.O. Address:**
114-08 101 Avenue, 2nd floor
Richmond Hill, New York 11419
(914) 434-6092

SIMMONS JANNACE DELUCA, LLP

BY: _____
    BRADLEY K. BETTRIDGE
**Attorneys for Defendants**
RONALD POLES and COSTCO WHOLESALE CORPORATION
**Office & P.O. Address:**
43 Corporate Drive
Hauppauge, New York 11788-2048
(631) 873-4888

466924