(Revised February 2019)

# JACK B. WEINSTEIN
## COURT ORDER WHEN NEW CIVIL CASE FILED AND COURT'S READING OF COMPLAINT

Case number and name __CV19-1984   SINGH v POLES et al__

Magistrate Judge Assigned __LEVY__

Type of case __Motor vehicle injury__ ✓

Treat under Local Rule 72.2 _____

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ APR 15 2019 ★
BROOKLYN OFFICE

Case Manager: June Lowe, 718-613-2525

~~Set a conference before me as soon as possible after appearance~~ _____

~~Set a conference before me~~ ____ ~~days from today's date~~ _____

Set a conference before me on case control promptly upon completion of discovery as certified by the Magistrate Judge or the filing of a dispositive motion whichever occurs earlier. Motions under Rule 12 are not encouraged and may be converted into a Rule 56 motion by the court ✓ _____

Counsel, *and* individually named ~~persons~~ *parties* _____, _____, _____, ~~and a person with knowledge of the facts from~~ _____, _____, _____, shall appear in person at the first conference before this court

Respectfully referred to the Magistrate Judge for:

    Expedited discovery ✓ _____
    Settlement ✓ _____
    Mediation referral and/or court annexed arbitration ✓ _____
    Other _____

4/11/19

_/s/ Jack B. Weinstein_
Jack B. Weinstein
Sr. U. S. District Judge

Date: