UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
DEVANDER SINGH,

                                Plaintiff,

    -against-

RONALD POLES,
PENSKE TRUCK LEASING CO., L.P.,
PENSKE TRUCK LEASING CORPORATION,
COSTCO WHOLESALE CORPORATION,
COSTCO WHOLESALE MEMBERSHIP, INC.
and SAHIB S. WALIA,

                               Defendants.
-------------------------------------------------------------------------X

Civil Action No. :

**1:19-CV-01984-JBW-RML**

**NOTICE OF MOTION TO REMAND**

**Oral Argument is Requested**

**PLEASE TAKE NOTICE**, that in accordance with the rules of this Court, the Plaintiff in the above action (DEVANDER SINGH), by his attorney STEPHEN A. SKOR, ESQ., will move this Court before JUDGE JACK B. WEINSTEIN, on **May 22, 2019 at 10:30 a.m.**, at 225 Cadman Plaza East, Brooklyn, New York, 11201, for an Order pursuant to 28 U.S.C. §1447 and 28 U.S.C. §1446 remanding this case back to the State Supreme Court, Queens County as there is no basis for this Court to have subject matter or other jurisdiction over this case, that it is untimely, and that it is procedurally defective, along with costs, actual expenses and attorneys fees incurred as a result of this removal pursuant to the costs of this 28 U.S.C. §1447[c].

Dated: Queens, N.Y.
       May 3, 2019

                                                          Respectfully submitted,

                                                          Stephen A. Skor, Esq. (1027)
                                                           Motion for *pro hac vice* status pending
                                                          114-08 101 Avenue, Second Floor
                                                          Richmond Hill, N.Y. 11419
                                                          SKORLAW@GMAIL.COM
                                                          (718) 850-6992

TO:

**SIMMONS JANNACE DELUCA, LLP.**
*Attorneys for Defendants*
*RONALD POLES and COSTCO WHOLESALE CORPORATION*
43 Corporate Drive
Hauppauge, New York 11788-2048
(631) 873-4888

**LAW OFFICES OF NANCY L. ISSERLIS**
*Attorneys for Defendant*
*SAHIB S. WALIA*
36-01 43rd Avenue
Long Island City, N.Y. 11101
(718) 361-1514