# TABLE OF CONTENTS

PRELIMINARY STATEMENT ………………………………………………….....1

FACTUAL AND PROCEDURAL HISTORY……………………………………......2

LAW AND ARGUMENT…………………………………………………………….3

### POINT I

THE UNDERLYING CASE WAS PROPERLY BROUGHT IN QUEENS COUNTY…...3

### POINT II

THE REMOVAL WAS UNTIMELY………………………………………………....3

### POINT III

THE MOVING DEFENDANTS DID NOT RECEIVE THE CONSENT OF DEFENDANT SAHIB S. WALIA AND SO THE REMOVAL WAS IMPROPER……………………...4

### POINT IV

THE PLAINITFF HAD AT INCEPTION, AND HAS TODAY, A GOOD FAITH BASIS UNDER CONTROLLING NEW YORK PRECEDENT TO MAINTAIN THIS ACTION IN STATE COURT……………………………………………………………...…..…….4

### POINT V

THERE IS NO POSSIBLE GROUNDS FOR FEDERAL JURISDICTION AS LONG AS DEFENDANT SAHIB S. WALIA REMAINS IN THE CASE…………………..…….6

### POINT VI

THE REMOVAL WAS FRIVOLOUS, AND AS SUCH COSTS ARE APPROPRIATE....7

CONCLUSION………………………………………………………………………..7