UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------------X
DEVANDER SINGH,

                                  Plaintiff,

     -against-

RONALD POLES, PENSKE TRUCK LEASING CO., L.P., PENSKE
TRUCK LEASING CORPORATION, COSTCO WHOLESALE
CORPORATION, COSTCO WHOLESALE MEMBERSHIP, INC.
and SAHIB S. WALIA,

                                 Defendants.
-----------------------------------------------------------------------------X

Civil Action No. :

**1:19-CV-01984-JBW-RML**

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK,
COUNTY OF QUEENS ss.:

     ANGLISE CASTELAIN, being duly sworn, hereby deposes and says:
     That deponent is not a party to this action, is over the age of 18 years and resides in the County of Kings, in the State of New York.

     That on May 3, 2019, deponent served the within **NOTICE OF MOTION TO REMAND, AFFIDAVIT OF STEPHEN A. SKOR IN SUPPORT OF MOTION TO REMAND, TABLE OF CONTENTS & MEMORANDUM OF LAW IN SUPPORT OF MOTION TO REMAND** upon:

**SIMMONS JANNACE DELUCA, LLP.**
*Attorneys for Defendants; RONALD POLES and COSTCO WHOLESALE CORPORATION*
43 Corporate Drive; Hauppauge, New York 11788-2048
(631) 873-4888

**LAW OFFICES OF NANCY L. ISSERLIS**
*Attorneys for Defendant; SAHIB S. WALIA*
36-01 43rd Avenue; Long Island City, N.Y. 11101
(718) 361-1514

[xxx]    By serving and filing it via the Electronic Filing system

[ ]    by depositing a true copy of the same securely enclosed in a postpaid wrapper in a Post Office Box regularly maintained by the United States Government directed to the above mentioned attorneys at their respective address, that being the address within the State designated by them for that purpose upon the preceding papers in this action or the place where they kept an office, between which places there then was and now is regular communication by mail.

_____
ANGLISE CASTELAIN

Sworn to before me on
May 3, 2019

Notary Public

STEPHEN A SKOR
Notary Public, State of New York
No. 02SK6316984
Qualified in Queens County
Commission Expires December 22, 2022