UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
DEVANDER SINGH,                                   Civil Action No. :

                                  Plaintiff,     1:19-CV-01984-JBW-RML
   -against-
                                                                   **Supplementary Submission**
RONALD POLES,                                     **To *Pro Hac Vice* Motion**
PENSKE TRUCK LEASING CO., L.P.,
PENSKE TRUCK LEASING CORPORATION,
COSTCO WHOLESALE CORPORATION,
COSTCO WHOLESALE MEMBERSHIP, INC.
and SAHIB S. WALIA,

                                  Defendants.
---------------------------------------------------------------------X
THE HONORABLE JACK B. WEINSTEIN, UNITED STATES DISTRICT JUDGE
225 Cadman Plaza East
Brooklyn, New York, 11201

Dear Judge Weinstein,

      My office seeks to represent the plaintiff in the above entitled action. We were informed by your clerk that there was an error in the downloading of the New York Certificate of Good Standing with my *pro hac vice* application. With apologies for any inconvenience, I send herewith another copy.

Dated: Queens, N.Y.
       May 6, 2019

                                                          Respectfully submitted,

                                                          Stephen A. Skor, Esq. (1027)
                                                          Motion for *pro hac vice* status pending
                                                          114-08 101 Avenue, Second Floor
                                                          Richmond Hill, N.Y. 11419
                                                          SKORLAW@GMAIL.COM
                                                          (718) 850-6992

TO:

**SIMMONS JANNACE DELUCA, LLP.**
*Attorneys for Defendants*
*RONALD POLES and COSTCO WHOLESALE CORPORATION*
43 Corporate Drive
Hauppauge, New York 11788-2048
(631) 873-4888

**LAW OFFICES OF NANCY L. ISSERLIS**
*Attorneys for Defendant*
*SAHIB S. WALIA*
36-01 43rd Avenue
Long Island City, N.Y. 11101
(718) 361-1514



# State of New York
## Supreme Court, Appellate Division
## Third Judicial Department

I, **Robert D. Mayberger**, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that

## Stephen A. Skor

having taken and subscribed the Constitutional Oath of Office as prescribed by law, was duly licensed and admitted to practice by this Court as an Attorney and Counselor at Law in all courts of the State of New York on the **26th day of January, 1993**, is currently in good standing and is registered with the Administrative Office of the Courts as required by section four hundred sixty-eight-a of the Judiciary Law.

In Witness Whereof, I have hereunto set my hand and affixed the Seal of said Court, at the City of Albany, this **15th day of April, 2019**.

*Robert D. Mayberger*
Clerk