# SIMMONS JANNACE DELUCA, LLP
## ATTORNEYS AT LAW
43 CORPORATE DRIVE
HAUPPAUGE, NEW YORK 11788-2048
(631) 873-4888
FAX (631) 873-4889

Kevin P. Simmons
Steven D. Jannace
Sal F. DeLucaΔ
William T. Collins, III
Stacey Ramis Nigro
Allison C. Leibowitz

Bradley K. Bettridge
Katherine R. Cutrone
Cathy-Lee Ellison*
Irina Feferman*
Jonathan D. Greenidge
Ian E. Hannon
Michael C. Lamendola*

Counsel
Susan B. Jannace
Ross M. ChinitzΔ

*Also Admitted NJ

[Handwritten: 5/10/19 Motion of defendants to extend opposing time is granted as of 5/10. So ordered. /s/ BWeinstein 5/20/19]

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAY 20 2019 ★
BROOKLYN OFFICE

**Via ECF**
Honorable Jack B. Weinstein
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

RE:  Singh, Devander v. Ronald Poles, Penske Truck Leasing Co., L.P., Penske Truck Leasing Corporation, Costco Wholesale Corporation, Costco Wholesale Membership, Inc. and Sahib Walia
Civil Action No: 1:19-CV-1984-JBW-RML

Dear Hon. Weinstein:

This office represents Ronald Poles and Costco Wholesale Corporation in the above referenced matter.

On May 3, 2019, plaintiff filed an oral motion to remand this case to state court. On May 6, 2019, the motion was converted to a written Notice of Motion. The return date of the motion is May 22, 2019. Our client is presently out of town and respectfully, requests our time to oppose plaintiff's motion be extended to Wednesday May 15, 2019, with plaintiff's reply due Friday May 17, 2019.

We attempted to obtain consent for the extension from counsel for plaintiff and Sahib Walia, but received their respected voicemails. We also left a message with plaintiff counsel's assistant.

No prior application for this relief has been made.

Thank you for allowing us to address the Court.

Very truly yours,

*Sal F. DeLuca*
Sal F. DeLuca