UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
DEVANDER SINGH,

                                  Plaintiff,

     -against-

RONALD POLES,
PENSKE TRUCK LEASING CO., L.P.,
PENSKE TRUCK LEASING CORPORATION,
COSTCO WHOLESALE CORPORATION,
COSTCO WHOLESALE MEMBERSHIP, INC.
and SAHIB S. WALIA,

                                  Defendants.
------------------------------------------------------------------------X

Civil Action No. :

**1:19-CV-01984-JBW-RML**

**Plaintiff's Demand for Trial by Jury**

COUNSELORS:

      PLEASE TAKE NOTICE that, pursuant to Rules 38(b) and 81(c) (3) of the Federal Rules of Civil Procedure, the plaintiff hereby demands a trial by jury, of all issues triable to a jury, in the above-entitled action.

Dated: South Richmond Hill, New York
         May 24, 2019

                                                    Yours, etc.

                                                    Stephen A. Skor, Esq. (1027)
                                                    114-08 101 Avenue, Second Floor
                                                    Richmond Hill, N.Y. 11419
                                                    SKORLAW@GMAIL.COM
                                                    (718) 850-6992

To:
Clerk of the Court
United States District Court- Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York, 11201

**SIMMONS JANNACE DELUCA, LLP.**
*Attorneys for Defendants*
*RONALD POLES and COSTCO WHOLESALE CORPORATION*
43 Corporate Drive
Hauppauge, New York 11788-2048
(631) 873-4888
Tel: 516-281-9800

<u>AFFIDAVIT OF SERVICE</u>

STATE OF NEW YORK,
COUNTY OF QUEENS ss.:

    YETIRA SMITH, being duly sworn, deposes and says:

    That deponent is not a party to this action, is over the age of 18 years and resides in the County of Nassau in the State of New York.

    That on May 24, 2019, deponent served the within **PLAINTIFF'S DEMAND FOR TRIAL BY JURY** upon:

Clerk of the Court
United States District Court- Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York, 11201

**SIMMONS JANNACE DELUCA, LLP.**
*Attorneys for Defendants*
*RONALD POLES and COSTCO WHOLESALE CORPORATION*
43 Corporate Drive
Hauppauge, New York 11788-2048
(631) 873-4888
Tel: 516-281-9800

by depositing a true copy of the same securely enclosed in a postpaid wrapper in a Post Office Box regularly maintained by the United States Government directed to the above mentioned attorneys at their respective address, that being the address within the State designated by them for that purpose upon the preceding papers in this action or the place where they kept an office, between which places there then was and now is regular communication by mail.

                                                                            Yetira Smith

Sworn to before me on the
24th day of May 2019

_____
Notary Public

STEPHEN A SKOR
Notary Public, State of New York
No. 02SK6316384
Qualified in Queens County
Commission Expires December 22, 2022

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

                                              1:19-CV-01984-JBW-RML

==================================================================

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
DEVANDER SINGH,

                                  Plaintiff,

       -against-

RONALD POLES,
PENSKE TRUCK LEASING CO., L.P.,
PENSKE TRUCK LEASING CORPORATION,
COSTCO WHOLESALE CORPORATION,
COSTCO WHOLESALE MEMBERSHIP, INC.
and SAHIB S. WALIA,

                                  Defendants.
-------------------------------------------------------------------X

==================================================================

## PLAINTIFF'S DEMAND FOR TRIAL BY JURY

==================================================================

**STEPHEN A. SKOR, ESQ.**
**ATTORNEY FOR PLAINTIFF**
114-08 101 AVENUE, 2nd Floor
SOUTH RICHMOND HILL, NEW YORK 11419
TEL: 718-850-6992

3