UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
DEVANDER SINGH,

                            Plaintiff,

               -against-

RONALD POLES, PENSKE TRUCK LEASING CO.,
L.P., PENSKE TRUCK LEASING CORPORATION,
COSTCO WHOLESALE CORPORATION,
COSTCO WHOLESALE MEMBERSHIP, INC.
and SAHIB S. WALIA,

                            Defendants.
------------------------------------------------------------------X

19 CV 1984

Letter Requesting Conference

M. J. RML
J. JBW

**Filed by ECF only**

Magistrate Judge Robert M. Levy
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Dear Judge Levy:

    I am the attorney for the plaintiff in the above captioned case and write to request a conference, either by phone or in person.

    The fact discovery deadline in this case is scheduled for November 20, 2019. We have, by repeated phone calls and certified letters over the course of several months, attempted to arrange the deposition and defense medical exam of my client. I have not heard from defense counsel as to scheduling and fear being unable to meet the Court imposed deadline. I have annexed copies of my certified letters with this correspondence. Thank you for your kind consideration herein.

Dated: Queens, N.Y.
       October 7, 2019

Respectfully submitted,

_____
STEPHEN A. SKOR, ESQ. (1027)
Attorney for Plaintiff
DEVANDER SINGH
114-08 101 Avenue, Second Floor
Richmond Hill, N.Y. 11419
(718) 850-6992

To: Bradley K. Bettridge, Esq. c/o
**SIMMONS JANNACE DELUCA, LLP.**
*Attorneys for Defendants*
*RONALD POLES and COSTCO WHOLESALE CORPORATION*
43 Corporate Drive
Hauppauge, New York 11788-2048
(631) 873-4888

**STEPHEN A. SKOR, ESQ.**
**ATTORNEY AT LAW**
114-08 101st AVENUE, 2ND FLOOR
RICHMOND HILL, N.Y. 11419
TEL: (718) 850-6992 & TEL: (914) 434-6092
FAX: (718) 850-6999

August 23, 2019

<u>VIA CERTIFIED MAIL</u>    7019 0160 0000 2301 9414
Bradley K. Bettridge, Esq. c/o
**SIMMONS JANNACE DELUCA, LLP.**
43 Corporate Drive
Hauppauge, New York 11788-2048

Re:    <u>Devander Singh</u> v. Donald Poles, et al.
D/Accident:  June 7, 2018

Dear Mr. Bettridge:

As you are aware, I am the attorney for the plaintiff Devander Singh. Pursuant to the proceedings held before Magistrate Judge Robert M. Levy on May 22, 2019, the fact discovery deadline in this case is 11/20/19.

My office has provided all requested discovery and there is no discovery outstanding from the Plaintiff. **Plaintiff is available for a deposition and defense medical examinations.** Please call my EBT clerk ANGIE to set up depositions. I suggest the following dates:

**September: 10, 12, 16**
**October: 9, 15, 16, 21, 28, 31**
**November: 4, 5, 6, 8, 11, 12, 14, 15**

Very truly yours,

STEPHEN A. SKOR, ESQ. (1027)

STEPHEN A. SKOR, ESQ.
ATTORNEY AT LAW
114-08 101st AVENUE, 2ND FLOOR
RICHMOND HILL, N.Y. 11419
TEL: (718) 850-6992 & TEL: (914) 434-6092
FAX: (718) 850-6999

August 30, 2019

<u>VIA CERTIFIED MAIL</u>
Bradley K. Bettridge, Esq. c/o
**SIMMONS JANNACE DELUCA, LLP.**
43 Corporate Drive
Hauppauge, New York 11788-2048

7019 0160 0000 2301 5027

      Re:  <u>Devander Singh v. Donald Poles, et al.</u>
      D/Accident: June 7, 2018

Dear Mr. Bettridge:

As you are aware, I am the attorney for the plaintiff Devander Singh. Pursuant to the proceedings held before Magistrate Judge Robert M. Levy on May 22, 2019, the fact discovery deadline in this case is 11/20/19.

Attached please find authorizations for your office to obtain all records/reports/bills from:
1. Dr. Yehuda Kleinman; and,
2. N.Y. Surgery Center of Queens.

<u>SECOND REQUEST – WE HAVE NOT RECEIVED ANY RESPONSE FROM YOUR OFFICE</u>

My office has provided all requested discovery and there is no discovery outstanding from the Plaintiff. **Plaintiff is available for a deposition and defense medical examinations.** Please call my EBT clerk ANGIE to set up depositions. I suggest the following dates:

September: 10, 12, 16
October: 9, 15, 16, 21, 28, 31
November: 4, 5, 6, 8, 11, 12, 14, 15

Very truly yours,
STEPHEN A. SKOR, ESQ. (1027)



**STEPHEN A. SKOR, ESQ.**
**ATTORNEY AT LAW**
114-08 101st AVENUE, 2ND FLOOR
RICHMOND HILL, N.Y. 11419
TEL: (718) 850-6992 & TEL: (914) 434-6092
FAX: (718) 850-6999

---

September 30, 2019

7019 0160 0000 2301 5379

**VIA CERTIFIED MAIL**
Bradley K. Bettridge, Esq. c/o
**SIMMONS JANNACE DELUCA, LLP.**
43 Corporate Drive
Hauppauge, New York 11788-2048

                              Re:       <u>Devander Singh v. Donald Poles, et al.</u>
                          D/Accident:   June 7, 2018

Dear Mr. Bettridge:

As you are aware, I am the attorney for the plaintiff Devander Singh. Pursuant to the proceedings held before Magistrate Judge Robert M. Levy on May 22, 2019, the fact discovery deadline in this case is 11/20/19.

Attached please find a USB flash drive containing the non-privileged portions of Mr. Singh's prior file.

<u>**THIRD REQUEST – WE HAVE NOT RECEIVED ANY RESPONSE FROM YOUR OFFICE**</u>

My office has provided all requested discovery and there is no discovery outstanding from the Plaintiff. **Plaintiff is available for a deposition and defense medical examinations.** Please call my EBT clerk ANGIE to set up depositions. I suggest the following dates:

October: 9, 15, 16, 21, 28, 31
November: 4, 5, 6, 8, 11, 12, 14, 15

Very truly yours,
STEPHEN A. SKOR, ESQ. (1027)

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.
HAUPPAUGE, NY 11788

| | |
|---|---|
| Certified Mail Fee | $3.50 |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) | $0.00 |
| ☐ Return Receipt (electronic) | $0.00 |
| ☐ Certified Mail Restricted Delivery | $0.00 |
| ☐ Adult Signature Required | $0.00 |
| ☐ Adult Signature Restricted Delivery | $0.00 |
| Postage | $1.00 |
| Total Postage and Fees | $4.50 |

0219 02
Postmark Here
09/30/2019

Sent To: Bradley Bettridge, Esq c/o Simmons et.
Street and Apt. No., or PO Box No.: 43 Corporate Drive
City, State, ZIP+4®: Hauppauge, NY 11788